UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE FROST,<br><br>                              Plaintiff,<br><br>              -against-<br><br>N.Y.P.D., et al.,<br><br>                              Defendants. | 1:20-CV-5956 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued August 3, 2020, denying Plaintiff's application to proceed *in forma pauperis* and her motion for leave to file this action,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's application to proceed *in forma pauperis* and her motion for leave to file this action are denied. (ECF 1, 3.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to electronic service of Court documents. (ECF 4.)

SO ORDERED.

Dated:  August 3, 2020
            New York, New York

                                                                        _____
                                                                                COLLEEN McMAHON
                                                                        Chief United States District Judge